UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:                              )
                                    )    Case No.
Evan Hutchison                      )    Chapter 7
                                    )
                                    )
                                    )
          Debtor.                   )

**Statement Concerning Payment Advices**

Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv) of the Bankruptcy Code, the debtor is required to file copies of all payment advices or other evidence of payment received within 60 days by the debtor from any employer. The debtor herein has had no employers within that time frame and therefore the debtor has no such documentation to file pursuant to Section 521(a)(1)(B)(iv) of the Bankruptcy Code.

The debtor is self-employued.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  December 12, 2023

_____
Evan Hutchison